IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

Case No. 2:24-CV-00051-M-BM

| | | |
|---|---|---|
| JOE MURDOCK, III,<br><br>Plaintiff,<br><br>v.<br><br>SHERIFF JOHNNY BARNES, in his official capacity as Sheriff of Washington County, North Carolina;<br>T.W. KEECH, JR., in his official and individual capacities;<br>JAMES HINSON, in his official and individual capacities;<br>WESTERN SURETY COMPANY, as Surety;<br>JOHN DOE #1;<br>JOHN DOE #2;<br>SHERIFF ARLO NORMAN, in his official capacity as Sheriff of Washington County, North Carolina,<br><br>Defendants. | ) | ORDER |

This matter comes before the court on the Defendant Western Surety Company's ("Western Surety") Motion to Dismiss Plaintiff's First Amended Complaint [DE 31], seeking dismissal of Plaintiff's claims as barred by the statute of limitations. Pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), United States Magistrate Judge Brian S. Meyers entered a memorandum and recommendation ("M&R"), recommending that the court

deny Western Surety's motion to dismiss. DE 62. To date, no objections have been filed.[1]

A magistrate judge's recommendation carries no presumptive weight. The court "may accept, reject, or modify, in whole or in part, the . . . recommendation[ ] . . . receive further evidence or recommit the matter to the magistrate judge with instructions." 28 U.S.C. § 636(b)(1); *accord Mathews v. Weber*, 423 U.S. 261, 271 (1976). The court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* § 636(b)(1). Absent a specific and timely objection, the court reviews only for "clear error" and need not give any explanation for adopting the recommendation. *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

Upon careful review of the M&R and the record presented, and finding no clear error, the court ADOPTS the recommendation of the magistrate judge as its own. For the reasons stated therein, the court finds that service on Western Surety was timely and the motion to dismiss [DE 31] is DENIED.

SO ORDERED this 28th day of September, 2026.

Richard E Myers II

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

[1] Judge Meyers issued the M&R on September 11, 2026. Objections were due to be filed on or before September 17, 2026. *See* DE 62. The motion and M&R were submitted to this court for disposition on September 18, 2026.